UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

STEPHEN MAZZO

  Plaintiff,

v.                CASE NO.: 2:17-cv-14378-DMM

REGIONAL ACCEPTANCE
CORPORATION,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** STEPHEN MAZZO, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, STEPHEN MAZZO, and Defendant, REGIONAL ACCEPTANCE CORPORATION, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 25th day of April, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

  Respectfully submitted,

              /s/Heather H. Jones
              Heather H. Jones, Esq.
              Florida Bar No. 0118974
              William "Billy" Peerce Howard, Esq.
              Florida Bar No. 0103330
              THE CONSUMER PROTECTION FIRM, PLLC
              4030 Henderson Blvd.
              Tampa, FL  33629
              Telephone: (813) 500-1500, Facsimile: (813) 435-2369
              Heather@TheConsumerProtectionFirm.com
              Billy@TheConsumerProtectionFirm.com
              *Attorney for Plaintiff*