UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-14378-CIV-MIDDLEBROOKS/MAYNARD

STEPHEN MAZZO,

    Plaintiff,

v.

REGIONAL ACCEPTANCE CORPORATION,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed on May 18, 2018. (DE 25). The Court notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that **all PENDING MOTIONS are DENIED as MOOT**. The Clerk of Court shall **CLOSE this CASE**. Each party shall bear its own attorneys' fees and costs.

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 18 day of May, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record